7-23CV-103-O    09-24-23
"GOD BLESS"

DEAR CLERK

HELLO TODAY I GET SOME HELP!
I'VE ASKED REPEATEDLY, SUFFERIN PAIN & ANGUISH!
I'VE REPORTED RETALIATION, HARRASSMENT, THEFT AND EXTORTION of funds off ACCOUNT! PROVOKING & TAUNTIN - THREATS TO SAFETY! HEALTH CARE Conditions WORSEN. GRIEVANCE(S) AND SICK CALLS DESTROYED OR NOT PROCESSED 12 to 15 of them. FEDERAL MAY I SAY THIS PLEASE don't listen to these State Individuals they will try to keep us divided. They mislead a betrayal of Trust. They also set-up inmates to get F' off! I Not Know Why I CANNOT GET HELP OR JUSTICE, it was hard for Ruiz. Donna Broby told me. Well these prison's still play games on these Compounds! Is it the money OR IS it I'm not White with blue eyes?? WELL I'm black MALE AND I'VE HAD KKK-Loops put in my cell, told be Careful OR I'LL BE LIKE Emmitt Tibbs on this Unit. Even two fake CASES by RANK & ROGUE guards REAL maggots, who so-call work on this Unit. They said I RAPED (2) O'men-tryin to SCARE AND DEFAME me with other inmates & Staff(S). Due to grievance(s) I was exposin and revealin Iowa Park Employee's AND Racism. It still do exist in AMERICA butt we talkin about this Instit(Unit) DRUGS & WEAPONS given to inmate's, I'VE SEEN ROGUE-ill STAFF(S). I Don't want to be A Billy on Tedford Unit E-pod CAUSE I Couldn't have NO help or Ignored OR REJECTED IN REQUEST for help.   "Complexity"

Sincerely,
B. Morrison
#504357

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 28 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy



Bobby Mussen SO 4357
Allred
2161 FM 369N
Iowa Park, TX 76367

NORTH TEXAS TX P&DC
DALLAS TX 750
25 SEP 2023 PM 8 L

United States District Court
Office of the Clerk
Northern District of Texas
501 West Tenth St. Room 310
Fort Worth, TX 76102

Legal Mail

SEP 28 2023

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL
INSTITUTIONS DIVISION