IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| BOBBY MORRISON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:23-cv-103-O |
| | § | |
| JOHN DOE, | § | |
| | § | |
| Defendant. | § | |

## ORDER

This prisoner civil rights action was dismissed for want of prosecution by order entered October 30, 2023. *See* ECF No. 5. As stated in the Court's order, Plaintiff "has ample time to refile this action prior to expiration of the two-year statute of limitations."

Because this case is closed, Plaintiff's Motion to Appoint Counsel (ECF No. 7) is **DISMISSED**.

**SO ORDERED** this **28th day** of **December, 2023.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE